UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson , <br><br> Plaintiff, <br><br> v. <br><br> Chandrakant N. Patel, Nita C. Patel, <br><br> Defendant. | Case No. 2:15-cv-02298 MCE EFB <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Chandrakant N. Patel, Nita C. Patel in the amount of $11,080.00.

March 15, 2017                                                                 MARIANNE MATHERLY, CLERK

                                                                               By: /s/  G. Michel, Deputy Clerk