UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Chandrakant N. Patel, Nita C. Patel**, <br><br> Defendants. | Case: 2:15-cv-02298 MCE EFB <br> **[PROPOSED] ORDER ON REQUEST TO VACATE DEBTOR EXAM** <br><br> Date: 10/11/2017 <br> Time: 9:30 a.m. <br> Courtroom: 8 <br> Judge: Edmund F. Brennan |

**ORDER**

Having read the foregoing Request and good cause appearing therefore, it is hereby ordered that the Judgment Debtor Exam for Nita C Petal, scheduled for 10/11/2017 is vacated.

Dated: October 10, 2017.

_____
EDMUND F. BRENNAN
US MAGISTRATE JUDGE

Request to Vacate Exam